**Order filed April 3, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00633-CV
_____

**WAUGHSUP, LLC, JOSEPH MARTIN, CALTECH MANAGEMENT, INC., AND TURNO INTERNATIONAL, INC., Appellants**

**V.**

**CHARLES WATKINS AND PAULA DAVILLA, Appellees**

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-64701**

---

## O R D E R

The clerk's record was filed October 14, 2016. Our review has determined that relevant items in the clerk's record are illegible. On May 23, 2017, appellees filed a request for a supplemental clerk's record noting that certain items were illegible "due to technological issues with scanning and/or saving the documents." Appellees requested the following items be included in a supplemental clerk's record:

| Filing Date | Filed By | Description |
| --- | --- | --- |
| 10/13/14 | Plaintiffs | Plaintiffs' Motion for Partial Summary Judgment on Claim for Breach of Contract |
| 10/13/14 | Plaintiffs | Plaintiffs' Traditional and No Evidence Motion for Summary Judgment |
| 11/3/14 | Defendants | Defendants Joseph Martin's, Caltech Management, Inc.'s, and Waughsup, LLC's Appendix Accompanying Its Responses in Opposition to Plaintiffs' Motions for Summary Judgment |
| 11/3/14 | Defendants | Defendants Joseph Martin's, Caltech Management, Inc.'s, and Waughsup, LLC's Appendix Accompanying Its Responses in Opposition to Plaintiffs' Motions for Summary Judgment |
| 11/10/14 | Defendants | Defendants Waughsup, LLC, Caltech Management, Inc., and Joseph Martin's Supplemental Response in Opposition to Plaintiffs' Traditional and No-Evidence Motion for Summary Judgment |
| 12/1/14 | Plaintiffs | Plaintiffs' Response to Defendants Waughsup, LLC, Caltech Management, Inc., and Joseph Martin's Traditional and No-Evidence Motion for Partial Summary Judgment |
| 12/10/14 | Defendants | Defendants' Supplemental Answer, Verified Plea Pursuant to Texas Rule of Civil Procedure 93 and Jury Demand |
| 12/24/14 | Plaintiffs | Plaintiffs' Objections to Defendants' Deposition Excerpts |
| 9/4/15 | Defendants | Defendants Waughsup, LLC, Caltech Management, Inc., Joseph Martin and Third-Party Plaintiff, Turno International, Inc.'s First Amended Designation of Deposition Excerpts |

| Filing Date | Filed By | Description |
| --- | --- | --- |
| 10/30/15 | Defendants | Defendants' Second Supplemental Answer, Verified Plea Pursuant to Texas Rule of Civil Procedure 93 and Jury Demand |
| 12/28/15 | Defendants | Defendants Waughsup, LLC, Caltech Management, Inc., Joseph Martin and Third-Party Plaintiff, Turno International, Inc.'s Agreed Motions in Limine |
| 1/4/16 | Defendants | Defendants Waughsup, LLC, Caltech Management, Inc., Joseph Martin and Third-Party Plaintiff, Turno International, Inc.'s Third Amended Trial Exhibit List |
| 5/11/16 | Defendants | Defendants Waughsup, LLC, Caltech Management, Inc., Joseph Martin and Third-Party Plaintiff, Turno International, Inc.'s Motion for Entry of Judgment Partially Based Upon the Verdict and Partial N.O.V. and Response in Opposition to Plaintiff's Motion for Entry of Judgment Partially Based Upon the Verdict and Partial N.O.V. |
| 8/16/16 | Defendants | Request for Preparation of Clerk's Record |
| 8/26/16 | Defendants | Emergency Motion to Set Amount to Supersede Judgment, to Stay Application for Writ of Garnishment, and for Protective Order |
| 9/13/16 | Defendants | Request for Preparation of Clerk's Record |

On March 18, 2018 appellees filed a reminder letter attaching a copy of the previous request. No supplemental clerk's record has been filed.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 10, 2019**, containing legible copies of the above-listed items.

If legible copies of the items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that legible copies are not a part of the case file.

PER CURIAM